IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re CONSTAR INT'L INC. SECURITIES LITIGATION | : : : | Master File No. 03-5020 |
| | : | Class Action |
| This Document Relates To: ALL ACTIONS | : : | |

**ORDER APPOINTING LEAD PLAINTIFFS
AND APPROVING PLAINTIFFS' CHOICE OF LEAD COUNSEL**

AND NOW, this 11th day of May, 2004, the "Motion to Appoint Ameesh Bhandari and Randolph Redstone as Lead Plaintiffs Pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934 and to Approve Lead Plaintiffs' Choice of Lead and Liaison Counsel" and the "Motion of Pilot Advisors for Appointment as Lead Plaintiff, and for Approval of its Selection of Lead Counsel" are granted.  Ameesh Bhandari, Randolph Redstone and Pilot Advisors, L.P., a Delaware Limited Partnership, are appointed co-lead plaintiffs.  The law firms of Bernstein Leibhard & Lifshitz, LLP and Lerach, Coughlin, Stoia & Robbins LLP are approved as co-lead counsel.

As to the two movants, Bhandari and Redstone have a relatively small stock interest in Constar - 4,200 shares, representing a claimed loss of $ 8,316.60; Pilot Advisors, a brokerage firm, has implicit, but not explicit authority to institute suit under its customer agreement,  by which it asks to represent a much larger stock interest - 326,900 shares, representing a claimed loss of $ 328,954.41. Lead counsel are experienced and have worked

together in similar litigation. Granting both motions appears to be in the best economic interest of plaintiff class and also provides a good resolution of the issues presented by respondents' respective objections.

BY THE COURT:

_____
Edmund V. Ludwig, J.