UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re CONSTAR INT'L INC. SECURITIES LITIGATION </br></br>This Document Relates To:</br></br>ALL ACTIONS. | Master File No. 03cv05020 </br></br> CLASS ACTION </br></br> LEAD PLAINTIFFS' MOTION TO REMOVE BERNSTEIN LIEBHARD & LIFSHITZ, LLP AS CO-LEAD COUNSEL |

Lead Plaintiffs Ameesh Bhandari and Randolph Redstone ("Lead Plaintiffs") hereby move this Court for an Order removing the law firm of Bernstein Liebhard & Lifshitz, LLP ("Bernstein") as co-lead counsel.

This motion is made on the grounds that: (1) Lead Plaintiffs, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), do not wish to retain Bernstein as co-lead counsel in this action; and (2) the continued involvement of Bernstein in this matter will lead to unnecessary inefficiencies, duplication and costs.

This motion is based upon the memorandum of points and authorities in support thereof, the declarations of lead plaintiffs Ameesh Bhandari and Randolph Redstone and their counsel Andrew J. Brown, the pleadings and files herein and such other written or oral argument as may be presented to the Court.

DATED:  January 11, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
STEVEN W. PEPICH
ANDREW J. BROWN
BRIAN O'MARA

                s/ Andrew J. Brown
             ANDREW J. BROWN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)


Lead Counsel for Plaintiffs

LAW OFFICES BERNARD M. GROSS, P.C.
DEBORAH R. GROSS
100 Penn Square East, Suite 450
Juniper and Market Streets
Philadelphia, PA  19107
Telephone:  215/561-3600
215/561-3000 (fax)

Liaison Counsel

CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ Andrew J. Brown
ANDREW J. BROWN

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:andrewb@lerachlaw.com

# Mailing Information for a Case 2:03-cv-05020-EL

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **MICHAEL E. BAUGHMAN**
  michael.baughman@dechert.com lisa.ricchezza@dechert.com

- **STEPHANIE M. BEIGE**
  beige@bernlieb.com

- **ANDREW J. BROWN**
  andrewb@lcsr.com

- **STEVEN B. FEIRSON**
  steven.feirson@dechert.com

- **ROBERT P. FRUTKIN**
  rpf@bernardmgross.com

- **DEBORAH R. GROSS**
  debbie@bernardmgross.com

- **SUSAN R. GROSS**
  susang@bernardmgross.com

- **JEFFREY M. HABER**
  haber@bernlieb.com

- **MARC S. HENZEL**
  mhenzel182@aol.com

- **MICHAEL L. KICHLINE**
  michael.kichline@dechert.com lisa.ricchezza@dechert.com;michael.kichline@dechert.com

- **BRIAN O. O'MARA**
  briano@lcsr.com

- **STEVEN W. PEPICH**
  stevep@lcsr.com

- **MARC J. SONNENFELD**
  msonnenfeld@morganlewis.com pfiggs@morganlewis.com

- **SCOTT A. THOMPSON**
  scott.thompson@dechert.com gerilene.marshall@dechert.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**JILL BAISINGER**
MORGAN LEWIS AND BOCKIUS LLP
1701 MARKET STREET
PHILADELPHIA, PA 19103-2921

**DANIEL S. DROSMAN**
MILBERG WEISS BERSHAD HYNES & LERACH LLP
401 B STREET
SUITE 1700
SAN DIEGO, CA 92101

**KAREN PIESLAK POHLMANN**
MORGAN, LEWIS & BOCKIUS LLP
1701 MARKET STREET
PHILADELPHIA, PA 19103-2921

**DARREN J. ROBBINS**
BERNSTEIN LIEBHARD & LIFSHITZ, LLP
10 EAST 40TH ST.
NEW YORK, NY 10016

**LAURA SABRINA STEIN**
MILBERG WEISS BERSHAD HYNES & LERACH LLP
1845 WALNUT ST., 9TH FL
PHILADELPHIA, PA 19103

**DIANE M. WELSH, ESQ**
JAMS
1700 MARKET STREET
SUITE 2730
PHILADELPHIA, PA 19103