UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 08-2461

---

In Re:  Constar International Inc. Securities Litigation

CONSTAR INTERNATIONAL INC;
CHARLES F. CASEY; WILLIAM G. LITTLE;
MICHAEL J. HOFFMAN; JAMES C. COOK;
ALAN W. RUTHERFORD; JOHN W. CONWAY;
ANGUS F. SMITH; FRANK J. MECHURA;
LAZARD FRERES & CO., LLC.; CITIGROUP;
J.P. MORGAN SECURITIES, INC.;
DEUTSCHE BANK SECURITIES, INC.;
SALOMON SMITH BARNEY, INC.;
CROWN HOLDINGS, INC.,

Appellants

---

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 03-cv-05020)
District Judge: Honorable Edmund V. Ludwig

FILED
MAY 21 2010
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

---

Argued July 13, 2009

Before:  RENDELL, FUENTES, and ROTH, Circuit Judges

---

JUDGMENT

---

This cause came on to be heard on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on July 13, 2009. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the Order of the District Court entered on March 4, 2008, be and the same is hereby AFFIRMED. All of the above in accordance with the Opinion of this Court. Costs taxed against Appellants.

ATTEST:

Marcia M. Waldron, Clerk

Dated: October 29, 2009

Certified as a true copy and issued in lieu of a formal mandate on 5/21/10

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**