UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re CONSTAR INT'L INC. SECURITIES LITIGATION ) ) ) ) | Master File No. 03cv05020 <br><br> CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. ) ) ) ) ) ) ) | NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |

757803_1

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiffs hereby move for entry of an order preliminarily approving the Stipulation of Settlement dated August 31, 2012 (the "Stipulation"); approving the form and manner of notice to the Class; and scheduling a final settlement hearing date.

This motion is based upon this Motion, the accompanying Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Settlement, the Stipulation and supporting exhibits, the papers and filings on record in this matter and such additional evidence or argument as may be presented at the hearing.

DATED: August 31, 2012

Respectfully submitted,

LAW OFFICES BERNARD M. GROSS, P.C.
DEBORAH R. GROSS
100 Penn Square East, Suite 450
Juniper and Market Streets
Philadelphia, PA  19107
Telephone:  215/561-3600
215/561-3000 (fax)

Liaison Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
STEVEN W. PEPICH
ELLEN GUSIKOFF STEWART
ANDREW J. BROWN
LAWRENCE A. ABEL
L. DANA MARTINDALE

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 31, 2012.

        s/ Ellen Gusikoff Stewart
        ELLEN GUSIKOFF STEWART

        ROBBINS GELLER RUDMAN
           & DOWD LLP
        655 West Broadway, Suite 1900
        San Diego, CA  92101-3301
        Telephone:  619/231-1058
        619/231-7423 (fax)

        E-mail: elleng@rgrdlaw.com

# Mailing Information for a Case 2:03-cv-05020-EL

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **MICHAEL E. BAUGHMAN**
  baughmam@pepperlaw.com,lisa.ricchezza@dechert.com

- **STEPHANIE M. BEIGE**
  beige@bernlieb.com

- **ALEXANDER BILUS**
  sandy.bilus@dechert.com

- **ANDREW J. BROWN**
  andrewb@lcsr.com

- **DAVID WILLIAM BROWN**
  dbrown@levinlegalgroup.com,david.w.brown@alumni.usc.edu

- **JOHN E. CARUSO**
  jcaruso@mmwr.com,cpolkovitch@mmwr.com

- **KAREN DALY**
  karen.daly@dechert.com

- **MICHAEL S. DOLUISIO**
  michael.doluisio@dechert.com,lisa.ricchezza@dechert.com

- **STEVEN B. FEIRSON**
  steven.feirson@dechert.com

- **ROBERT P. FRUTKIN**
  rpf@bernardmgross.com

- **DEBORAH R. GROSS**
  debbie@bernardmgross.com

- **SUSAN R. GROSS**
  susang@bernardmgross.com

- **JEFFREY M. HABER**
  haber@bernlieb.com

- **MARC S. HENZEL**
  mhenzel@henzellaw.com,Mhenzel182@aol.com

- **MICHAEL L. KICHLINE**

michael.kichline@dechert.com,lisa.ricchezza@dechert.com

- **LAUREN DANA MARTINDALE**
  dmartindale@rgrdlaw.com

- **STEVEN W. PEPICH**
  stevep@lcsr.com

- **KAREN PIESLAK POHLMANN**
  kpohlmann@morganlewis.com

- **MARC J. SONNENFELD**
  msonnenfeld@morganlewis.com,pfiggs@morganlewis.com

- **STUART T. STEINBERG**
  stuart.steinberg@dechert.com,sheila.marshall@dechert.com,lisa.ricchezza@dechert.com

- **ANDREW C. WHITNEY**
  awhitney@morganlewis.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
ELLEN                 A. GUSIKOFF STEWART
ROBBINS GELLER RUDMAN & DOWD LLP
655 WEST BROADWAY
STE. 1900
SAN DIEGO, CA 92101

DARREN                J. ROBBINS
ROBBINS GELLER RUDMAN & DOWD LLP
655 WEST BROADWAY STE 1900
SAN DIEGO, CA 92101

ARNON                 D. SIEGEL
DECHERT LLP
1775 EYE ST., N.W.
WASHINGTON, DC 20006

DIANE M. WELSH, ESQ
JAMS, THE RESOLUTION EXPERTS
BELL ATLANTIC TOWER
1717 ARCH ST.
STE. 4010
PHILADELPHIA, PA 19103-3924
```