UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE CONSTAR INT'L INC. SECURITIES LITIGATION | Master File No. 03cv05020 |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | [PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND EXPENSES |

FILED

DEC 1 9 2012

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

796069_1

This matter having come before the Court on December 19, 2012, on the application of Lead Counsel for an award of attorneys' fees and expenses incurred in the Litigation and the Lead Plaintiffs' request for expenses, the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable and adequate, and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated August 31, 2012 (the "Stipulation"), and filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Counsel attorneys' fees of 30% of the Settlement Fund plus expenses in the amount of $1,398,105.79, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method and when cross-checked under the lodestar/multiplier method, given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Class.

4. The awarded attorneys' fees and expenses and interest earned thereon shall immediately be paid to Lead Counsel subject to the terms, conditions and obligations of the Stipulation, and in particular ¶6.1 thereof, which terms, conditions and obligations are incorporated herein.

5. The Court finds that, pursuant to 15 U.S.C. §77z-1(a)(4), reimbursement of reasonable costs and expenses (including lost wages) to Lead Plaintiffs incurred in the representation of the Class is appropriate. Ameesh Bhandari is hereby awarded the amount of $10,500.00 in expenses incurred in his representation of the Class. Randolph Redstone is hereby awarded $12,600.00 in reimbursement of his expenses incurred in his representation of the Class.

*Order Awarding* *Attorneys' Fees and Expenses*
*(continued)*

IT IS SO ORDERED.

DATED: Dec. 19, 2012

_____
THE HONORABLE EDMUND V. LUDWIG
UNITED STATES DISTRICT JUDGE